IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| JEFFREY D. WESTBROOK, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| LORIE DAVIS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | ) ) ) |
| | ) |
| Respondent. | ) Civil Action No. 1:15-CV-067-C |

## ORDER

In the Report and Recommendation filed December 15, 2016, the Magistrate Judge recommended that this action be DENIED. Petitioner filed his Objections on January 26, 2017, along with a Supplemental Objection filed on February 10, 2017. Upon due consideration of Petitioner's objections, the Court finds that the objections should be OVERRULED.[1]

After reviewing the thorough Report and Recommendation for plain error, the Court finds that the findings and conclusions of the Magistrate Judge are correct and adopts them as the findings and conclusions of the Court. Accordingly, Petitioner's petition for writ of habeas corpus under § 2254 is **DENIED**.

SO ORDERED this 28th day of July, 2017.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] On February 20, 2017, Petitioner also filed a Motion to Reinstate Stricken Exhibits. The Court finds that Petitioner's Motion should be **DENIED**.